IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EARLE BRUCE,

    Petitioner,

v.                                                    4:15cv304–WS/GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 16) docketed February 27, 2018. The magistrate judge recommends that Earle Bruce's petition for writ of habeas corpus be denied. Bruce has filed objections (doc. 30) to the report and recommendation. He has also filed objections (doc. 26) to the magistrate judge's order (doc. 23) denying Bruce's motion for appointment of counsel.

Having reviewed the record in light of Bruce's objections, the undersigned finds no meritorious basis for rejecting the magistrate judge's report and

recommendation or for setting aside the order denying Bruce's motion for appointment of counsel. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 16) is hereby ADOPTED and incorporated by reference into this order.

    2. The petitioner's petition for writ of habeas corpus (doc. 1) is DENIED.

    3. The petitioner's "Notice of Objection to Denial of Counsel and Motion for Reconsideration of Appointment of Counsel" (doc. 26) is DENIED.

    4. The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DENIED."

    5. A certificate of appealability is DENIED.

DONE AND ORDERED this   13th   day of   July  , 2018.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE